AUSA:   Caitlin Casey                    Telephone:   (313) 226-9100
Task Force Officer:   Angela Bunch       Telephone:   (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Allen Griffin

Case No.

Case: 2:20−mj−30426
Assigned To : Unassigned
Assign. Date : 10/14/2020
Description: RE: ALLEN GRIFFIN (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 20, 2020, _____ in the county of _____ Wayne, _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angela Bunch, Task Force Officer (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 14, 2020__

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angela Bunch, being sworn, depose and state the following:

## I. INTRODUCTION

1.     I am a member of the Detroit Police Department and have been an officer for twenty-two years. Since 2013, I have been assigned to the Firearms Investigative Team with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I became a Task Force Officer with the ATF in May of 2014. I have a Bachelors of Applied Science. I have been involved in numerous investigations related to violations of federal firearms and narcotic laws.

2.     The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.     I am currently investigating Allen GRIFFIN, date of birth xx/xx/1990, for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

4.     I reviewed a computer printout of GRIFFIN's criminal history ("CCH"). GRIFFIN's felony convictions include :

    a.     2012 – felony controlled substance – del/mfg; Detroit, Michigan.

    b.     2016 - felony controlled substance – del/mfg; Detroit, Michigan

    c.     2015 – felony dealing in cocaine; Allen County, Indiana.

## II.   SUMMARY OF THE INVESTIGATION

5.     On September 20, 2020, at approximately 10:00 p.m., Detroit Police were on patrol in the area of Harmon and Woodward in Detroit, Michigan.  The officers observed a 2004 gray Pontiac Grand Prix, travelling westbound on Harmon, turn south on Woodward Avenue.  The vehicle did not have a license place, and officers conducted a traffic stop near Woodward and Trowbridge.

6.     Officers made contact with the driver of the vehicle, who acknowledged the vehicle was unregistered and stated he did not have insurance.  The driver was asked to exit the vehicle and stand by the scout car. The driver complied. The passenger, Allen GRIFFIN, was also asked to exit the vehicle.  Upon exiting, GRIFFIN told the officer he had a pistol in his coat pocket.  The officers asked GRIFFIN if he had a CPL

to carry the firearm, and he indicated he did not have a CPL. Officers subsequently recovered a loaded handgun from GRIFFIN'S coat pocket. GRIFFIN was placed in custody.

7.     During a search incident to his arrest, officers recovered 47 baggies of suspected cocaine in a plastic tube from the left breast pocket of GRIFFIN'S coat.   In addition, a quarter size rock of possible cocaine in a knotted bag was recovered from the same pocket.   The suspected narcotics tested positive for 9.1 grams of cocaine during a preliminary analysis.

8.     GRIFFIN was transported to the Detroit Detention Center for processing.

9.     The recovered firearm is a Smith and Wesson, model M&P 40, 40 caliber handgun with magazine and ammunition.

10.     I contacted ATF Special Agent David Salazar, an expert in the Interstate Nexus of firearms. Agent Salazar stated that the firearm, based on the description provided, was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce.

## III.    CONCLUSION

11.    Probable cause exists that Allen GRIFFIN, a convicted felon, did knowingly and intentionally possess a firearm, which traveled in and affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Angela R. Bunch, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:   October 14, 2020

-4-